**Abatement Order filed January 10, 2023.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-22-00867-CV**

---

**IN RE PENSEK LOGISTICS LLC, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-40178**

---

## ABATEMENT ORDER

On November 23, 2022, relator Pensek Logistics LLC filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Scot Dollinger, presiding judge of the 189th District Court of Harris County, to vacate the trial court's October 17, 2022 order denying relator's Rule 91A motion to dismiss causes of action based on the statute of limitations.

Because Judge Dollinger ceased to hold the office of Judge of the 189th District Court, Harris County, Texas, we are required to abate this mandamus proceeding to permit the respondent's successor, the Honorable Tamika Craft, to consider the decision regarding relator's request for relief. *See* Tex. R. App. P. 7.2(b); *see also In re Baylor Med. Ctr. at Garland*, 280 S.W.3d 227, 228 (Tex. 2008) (orig. proceeding) ("Mandamus will not issue against a new judge for what a former one did.").

Therefore, we abate this proceeding, treat it as a closed case, and remove it from the court's active docket. This original proceeding is abated until **February 10, 2023** to permit Judge Craft to consider the order underlying relator's request for relief. On or before that date, Judge Craft shall advise this Court of the action taken on relator's request by filing a signed order reflecting her ruling concerning relator's request for relief with this court. This Court will then consider a motion to reinstate or dismiss the original proceeding, as appropriate.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.